Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Jugjeev S. MANGAT |
| **Docket Number:** | 2:10CR00132-01 |
| **Offender Address:** | Lodi, California |
| **Judicial Officer:** | Honorable Edward J. Garcia<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/28/2008 |
| **Original Offense:** | 21 USC 841(a)(1) & 841(b)(1) - Possession With Intent to Distribute Cocaine (CLASS A FELONY) |
| **Original Sentence:** | 41 months custody Bureau of Prisons; 3 years Supervised Release; $100 Special Assessment |
| **Special Conditions:** | 1) Cooperate with DNA collection; 2) Warrantless search; 3) Drug/alcohol correctional treatment with co-payment; 4) Participate in gambling addiction program; 5) Financial disclosure; 6) Drug/alcohol testing with co-payment; 7) Reporting requirements |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/26/2010 |
| **Assistant U.S. Attorney:** | To be assigned    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be assigned    **Telephone:** (916) 498-5700 |

FILED
SEP 1 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

RE:     Jugjeev S. MANGAT
        Docket Number: 2:10CR00132-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

04/07/2010:     Jurisdiction transferred from the District of Nebraska to the Eastern District of California.

08/24/2011:     Report of Offender Non-Compliance (PROB 12A1) was filed with the Court advising the defendant submitted a urine sample on 07/14/2011, which tested positive for the use of methamphetamine. The Court approved the probation officer's plan and no formal action was taken.

11/21/2011:     Report of Offender Non-Compliance (PROB 12A1) was filed with the Court advising the defendant submitted a urine sample on 10/19/2011, which returned positive for morphine. The Court approved the probation officer's plan and no formal action was taken.

RE: **Jugjeev S. MANGAT**
 Docket Number: 2:10CR00132-01
 PETITION TO MODIFY THE CONDITIONS OR TERM
 OF SUPERVISION WITH CONSENT OF THE OFFENDER

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall be monitored for a period of 60 days, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as determined by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

    The defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

**Justification:** On July 12, 2012, the defendant was observed using a squirt bottle during the urinalysis collection process. On July 20, 2012, he appeared for an office visit to discuss this matter. The defendant admitted using a squirt bottle to avoid detection. He admitted using methamphetamine for the past two weeks, the last occurrence on July 18, 2012. He indicated he was feeling stressed over family issues.

It has been a year since the defendant last tested positive for illegal controlled substances. It appeared the defendant had his drug issues addressed and resolved but he has once again relapsed. He has since resumed individual counseling and is now attending Narcotics Anonymous meetings as well. He continues to participate in drug testing and all subsequent test results have returned negative.

RE: Jugjeev S. MANGAT
Docket Number: 2:10CR00132-01
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Because of the defendant's continued use of illicit drugs, it was felt an additional intervention would be appropriate to assist the defendant in addressing his drug addiction. The defendant related he would seek out individuals in the community who could supply him with methamphetamine. Placing the defendant on location monitoring would restrict and curtail his time out in the community. Though he cannot be monitored or supervised 24 hours a day, his activities outside the home will be structured and approved in advance, thus decreasing the risk of the defendant violating his terms of supervision. The defendant is aware any future violation conduct will result in an appearance before the Court for violation proceedings.

It is recommended that the defendant's conditions of supervision be modified to include location monitoring for a period of 60 days. The defendant is in agreement with the modification request and a signed waiver is attached (Probation Form 49).

Respectfully submitted,

/s/ Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**
Telephone: (916) 683-3323

DATED:   September 11, 2012
         Elk Grove, California
         KMM/lr


REVIEWED BY:   /s/ Jack C. Roberson
               **JACK C. ROBERSON
               Supervising United States Probation Officer**

RE:     Jugjeev S. MANGAT
        Docket Number:  2:10CR00132-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(✓)   Modification approved as recommended.

( )   Modification not approved at this time. Probation Officer to contact Court.

( )   Other:


_____9/11/12_____                    _____[signature]_____
         Date                             Signature of Judicial Officer


cc:     United States Probation
        Assistant United States Attorney (to be assigned)
        Assistant Federal Defender (to be assigned)
        Defendant
        Court File

Prob 49
(03/89)

# United States District Court

## Eastern District of California

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall be monitored for a period of 60 days, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as determined by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

    The defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

Witness
*/s/ Kris Miura*
U.S. Probation Officer
KRIS M. MIURA

Signed
*/s/ Jugjeev Mangat*
Probationer or Supervised Releasee
JUGJEEV S. MANGAT

9/6/12
Date

Rev. 5/2008
VIOLATION_WAIVER (PROB49).MRG